UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MANDEEP SINGH, | ) No. 5:26-cv-02576-JDE |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| FERETI SEMAIA, et al., | ) |
| Respondents. | ) |
| | ) |

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 26, 2026_____

_____
JOHN D. EARLY
United States Magistrate Judge